# Notice Recipients

District/Off: 0315–2  User: dpas  Date Created: 9/18/2020
Case: 20–22178–CMB  Form ID: 309I  Total: 43

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          AMERIHOME MORTGAGE COMPANY, LLC
                                                                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jason R. Stewart          120 Hart Dr          Pittsburgh, PA 15235
ust         Office of the United States Trustee          Liberty Center.          1001 Liberty Avenue, Suite 970          Pittsburgh, PA 15222
tr          Ronda J. Winnecour          Suite 3250, USX Tower          600 Grant Street          Pittsburgh, PA 15219
cr          Duquesne Light Company          c/o Bernstein–Burkley, P.C.          707 Grant Street, Suite 2200, Gulf Tower          Pittsburgh, PA 15219
cr          Peoples Natural Gas Company LLC          c/o S. James Wallace, P.C.          845 N. Lincoln Ave.          Pittsburgh, PA 15233
aty         Kenneth Steidl          Steidl & Steinberg          Suite 2830 Gulf Tower          707 Grant Street          Pittsburgh, PA 15219
aty         Keri P. Ebeck          Bernstein–Burkley          707 Grant Street          Suite 2200 Gulf Tower          Pittsburgh, PA 15219
aty         Mario J. Hanyon          Phelan Hallinan Diamond & Jones, LLP          Omni William Penn Office Tower          555 Grant Street, Suite 300          Pittsburgh, PA 15219
aty         S. James Wallace          845 N. Lincoln Avenue          Pittsburgh, PA 15233
smg         Pennsylvania Department of Revenue          Bankruptcy Division          P.O. Box 280946          Harrisburg, PA 17128–0946
smg         Pennsylvania Dept. of Revenue          Department 280946          P.O. Box 280946          ATTN: BANKRUPTCY DIVISION          Harrisburg, PA 17128–0946
15268581    All State          c/o Credit Collection Services          725 Canton St.          Norwood, MA 02062
15268582    Amerihome Mortgage Company          c/o Peter Wapner, Esq.          Phelan, Hallinan, Diamond & Jones          1617 JFK Boulevard, Suite 1400          Philadelphia, PA 19103
15270708    CHRYSLER CAPITAL          P.O. BOX 961275          FORT WORTH, TX 76161
15268583    Cenlar Loan Administration          c/o Customer Assistance Group          1301 McKinney St.          Suite 3450          Houston, TX 77010–9050
15268584    Chrystler Capital Corporation          PO Box 660335          Dallas, TX 75266–0335
15268585    Citizens Bank          c/o Convergent Outsourcing          800 Southwest 29th St.          Po Box 9004          Renton, WA 98057
15268586    Dr. George Cheponis          c/o Penn Credit Corporation          916 South 14th St.          Po Box 988          Harrisburg, PA 17108–0988
15268587    Dr. Gerald Goltz, MD          701 Broad St          Suite 421          Sewickley, PA 15143
15268588    Greater Pittsburgh Pediatric Center          1811 Blvd. of the Allies Suite 200          Pittsburgh, PA 15219
15268589    Heritage Valley Health System          720 Blackburn Road          Sewickley, PA 15143–1498
15268590    Heritage Valley Sewickley          c/o National Hospital Collections          16 Distributor Drive          Suite 2          Morgantown, WV 26501–9920
15268591    Home Security of America          c/o Nationwide Credit          Po Box 14581          Des Moines, IA 50306–3581
15268592    Ladani Medical Associates, LLC          2409 Brownsville Rd.          Pittsburgh, PA 15210–4503
15268593    Lakeview Loan Servicing          425 Phillips Blvd.          Trenton, NJ 08618
15268599    PNC Bank          c/o Credit Collection Services          725 Canton St.          Norwood, MA 02062
15268594    Pennsylvania Turnpike          Po Box 1153          Milwaukee, WI 53201–1153
15268595    Pennsylvania Turnpike          c/o Professional Account Management LLC          PO Box 1153          Milwaukee, WI 53201
15268596    Pennsylvania Turnpike Commission          300 East Park Drive          Harrisburg, PA 17111
15268597    Peoples Gas Company          P.O. Box 644760          Pittsburgh, PA 15264–4760
15277896    Peoples Natural Gas Company LLC          c/o S. James Wallace, P.C.          845 N. Lincoln Avenue          Pittsburgh, PA 15233
15268598    Pittsburgh Parking Court          c/o Professional Account Management          PO Box 640          Pittsburgh, PA 15230–0640
15268600    Quest Diagnostics          c/o Credit Collection Services          725 Canton St.          Norwood, MA 02062
15268601    Sprint          P. O. Box 219718          Kansas City, MO 64121–9718
15285099    Sprint Corp          Attention Bankruptcy          PO Box 7949          Overland Park, KS 66207–0949
15268602    T–Mobile          c/o ERC Collection Agency          Po Box 23870          Jacksonville, FL 32241–3870
15268603    UPMC          2 Hot Metal Street, Room 386          Pittsburgh, PA 15203
15284899    UPMC Health Services          PO Box 1123          Minneapolis, MN 55440–1123
15284862    UPMC Physician Services          PO Box 1123          Minneapolis, MN 55440–1123
15268604    UPMC Physicians Services          c/o Credit Management Company          2121 Noblestown Road          Pittsburgh, PA 15205
15290425    Verizon          by American InfoSource as agent          PO Box 4457          Houston, TX 77210–4457
15268605    Verizon & US Asset Management          c/o Synergetic Communications Inc.          5450 Northwest Central          #220          Houston, TX 77092–2016
                                                                                      TOTAL: 42