IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason R. Stewart, | ) | Case No. 20-22178 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Jason R. Stewart, | ) | Related to Document No. 56 |
| Social Security No. XXX-XX- 7913 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Rolling Frito-Lay Sales and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 14, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Jason R. Stewart
120 Hart Drive
Pittsburgh, PA 15235

Rolling Frito-Lay Sales
Attn: Payroll Department
7701 Legacy Drive
Plano, TX 75024

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    May 14, 2021        /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        PA I.D. 34965