Form 151

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason R. Stewart**
  Debtor(s)

Bankruptcy Case No.: 20–22178–CMB

Chapter: 13
Docket No.: 57 – 54
Concil. Conf.: July 15, 2021 at 09:00 AM

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___17th___ day of _____May_____, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

  First Class Mail

on the respondent(s) at (list names and addresses here):

-All parties listed on the attached mailing matrix-

Executed on ___5/17/21_____    ___/s/ Kenneth Steidl_____
          (Date)                        (Signature)

 Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-22178-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon May 17 08:44:54 EDT 2021 | All State<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 | Amerihome Mortgage Company<br>c/o Peter Wapner, Esq.<br>Phelan, Hallinan, Diamond & Jones<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103-1814 |
| Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | CHRYSLER CAPITAL<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 | Cenlar Loan Administration<br>c/o Customer Assistance Group<br>1301 McKinney St.<br>Suite 3450<br>Houston, TX 77010-9050 |
| Chrystler Capital Corporation<br>PO Box 660335<br>Dallas, TX 75266-0335 | Citizens Bank<br>c/o Convergent Outsourcing<br>800 Southwest 29th St.<br>Po Box 9004<br>Renton, WA 98057-9004 | Dr. George Cheponis<br>c/o Penn Credit Corporation<br>916 South 14th St.<br>Po Box 988<br>Harrisburg, PA 17108-0988 |
| Dr. Gerald Goltz, MD<br>701 Broad St<br>Suite 421<br>Sewickley, PA 15143-1670 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Greater Pittsburgh Pediatric Center<br>1811 Blvd. of the Allies Suite 200<br>Pittsburgh, PA 15219-5964 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | Heritage Valley Health System<br>720 Blackburn Road<br>Sewickley, PA 15143-1498 |
| Heritage Valley Sewickley<br>c/o National Hospital Collections<br>16 Distributor Drive<br>Suite 2<br>Morgantown, WV 26501-7209 | Home Security of America<br>c/o Nationwide Credit<br>Po Box 14581<br>Des Moines, IA 50306-3581 | Kina R. Garland<br>80 McKinnie Avenue<br>McKees Rocks, PA 15136-3174 |
| LAKEVIEW LOAN SERVICING, LLC<br>FLAGSTAR BANK F.S.B.<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639 | Ladani Medical Associates, LLC<br>2409 Brownsville Rd.<br>Pittsburgh, PA 15210-4503 | Lakeview Loan Servicing<br>425 Phillips Blvd.<br>Trenton, NJ 08618-1430 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania Turnpike<br>Po Box 1153<br>Milwaukee, WI 53201-1153 |
| Pennsylvania Turnpike<br>c/o Professional Account Management LLC<br>PO Box 1153<br>Milwaukee, WI 53201-1153 | Pennsylvania Turnpike Commission<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 | Peoples Gas Company<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 |

```
Peoples Natural Gas Company LLC          Pittsburgh Parking Court             Quest Diagnostics
c/o S. James Wallace, P.C.               c/o Professional Account Management  c/o Credit Collection Services
845 N. Lincoln Ave.                      PO Box 640                           725 Canton St.
Pittsburgh, PA 15233-1828                Pittsburgh, PA 15230-0640            Norwood, MA 02062-2679


(p)SPRINT                                Kenneth Steidl                       Jason R. Stewart
C O AMERICAN INFOSOURCE                  Steidl & Steinberg                   120 Hart Dr
4515 N SANTA FE AVE                      Suite 2830 Gulf Tower                Pittsburgh, PA 15235-5424
OKLAHOMA CITY OK 73118-7901              707 Grant Street
                                         Pittsburgh, PA 15219-1908


T-Mobile                                 UPMC                                 UPMC Health Services
c/o ERC Collection Agency                2 Hot Metal Street, Room 386         PO Box 1123
Po Box 23870                             Pittsburgh, PA 15203-2348            Minneapolis, MN 55440-1123
Jacksonville, FL 32241-3870


UPMC Physician Services                  UPMC Physicians Services             Verizon
PO Box 1123                              c/o Credit Management Company        by American InfoSource as agent
Minneapolis, MN 55440-1123               2121 Noblestown Road                 PO Box 4457
                                         Pittsburgh, PA 15205-3956            Houston, TX  77210-4457


Verizon & US Asset Management            S. James Wallace                     Ronda J. Winnecour
c/o Synergetic Communications Inc.       GRB Law                              Suite 3250, USX Tower
5450 Northwest Central                   Frick Building, 437 Grant Street     600 Grant Street
#220                                     14th Floor                           Pittsburgh, PA 15219-2702
Houston, TX 77092-2061                   Pittsburgh, PA 15219
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sprint                                   (d)Sprint Corp
P. O. Box 219718                         Attention Bankruptcy
Kansas City, MO 64121-9718               PO Box 7949
                                         Overland Park, KS 66207-0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AMERIHOME MORTGAGE COMPANY, LLC       (u)LAKEVIEW LOAN SERVICING, LLC      (d)Peoples Natural Gas Company LLC
                                                                              c/o S. James Wallace, P.C.
                                                                              845 N. Lincoln Avenue
                                                                              Pittsburgh, PA 15233-1828
```

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47