**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jason R. Stewart<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br>　　　　　　　　Moving Party<br>vs. | NO. 20-22178 CMB<br><br>Related to Docket # 69 & 72 |
| Jason R. Stewart<br>　　　　　　　　Debtor(s) | |
| Ronda J. Winnecour<br>　　　　　　　　Trustee | |

## CONSENT ORDER OF COURT REGARDING THE MOTION FOR RELIEF FROM STAY

AND NOW, on this __14th__ day of __March__, 2022, it is hereby ORDERED, AJUDGED, and DECREED that:

1. The arrears that brought about the Motion for Relief from Stay will be recapitalized into an amended plan to be filed within the next thirty (30) days; and

2. The Motion for Relief from Stay at Docket # 69 is hereby withdrawn; and

3. The hearing scheduled for March 22, 2022 is hereby cancelled;

　　　　　　　　　　　　　　　　　　Carlota M. Böhm    glb
　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

/s/ Denise Carlon, Esq.
Denise Carlon, Esq.
KML Law Group, P.C.
Attorney for Movant

FILED
3/14/22 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Abagale Steidl, Esq.
Abagale Steidl, Esq.
Steidl & Steinberg
Attorney for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22178-CMB |
| Jason R. Stewart | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason R. Stewart, 120 Hart Dr, Pittsburgh, PA 15235-5424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Jason R. Stewart julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Mar 14, 2022     Form ID: pdf900     Total Noticed: 1

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC wbecf@brockandscott.com,
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10