IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-22178 CMB |
| Jason R. Stewart, | ) | Chapter 13 |
| *Debtor* | ) | Docket No. |
| | ) | |
| Jason R. Stewart, | ) | |
| *Movant* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Lakeview Loan Servicing, Chrysler Capital Corp., | ) | |
| Allstate, Collection Service Center, Citizens Bank, | ) | |
| Dr. George Cheponis, Dr. Gerald Goltz, Greater | ) | |
| Pittsburgh, Pediatric Center, Heritage Valley Health | ) | |
| System, Home Security of America, Ladani Medical | ) | |
| Assoc., Pennsylvania Turnpike, Peoples Gas Co., | ) | |
| Pittsburgh Parking Court, PNC Bank, Quest | ) | |
| Diagnostics, Sprint, T Mobile, UPMC, Verizon, and | ) | |
| Ronda Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 21, 2022, a true and correct copy of the *Notice of Proposed Modification to Confirmed Plan Dated May 12, 2021 and Amended Chapter 13 Plan dated March 21, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.


Date of Service:     March 21, 2022        /s/ Kenneth Steidl
                                           Kenneth Steidl, Esquire
                                           STEIDL & STEINBERG
                                           28th Floor, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           PA I.D. 34965

```
Label Matrix for local noticing          All State                                Amerihome Mortgage Company
0315-2                                   c/o Credit Collection Services           c/o Peter Wapner, Esq.
Case 20-22178-CMB                        725 Canton St.                           Phelan, Hallinan, Diamond & Jones
WESTERN DISTRICT OF PENNSYLVANIA         Norwood, MA 02062-2679                   1617 JFK Boulevard, Suite 1400
Pittsburgh                                                                        Philadelphia, PA 19103-1814
Mon Mar 21 14:52:22 EDT 2022

Jerome B. Blank                          CHRYSLER CAPITAL                         Denise Carlon
Phelan Hallinan Diamond & Jones, LLP     P.O. BOX 961275                          KML Law Group, P.C.
1617 JFK Boulevard                       FORT WORTH, TX 76161-0275                701 Market Street
Philadelphia, PA 19103-1821                                                       Suite 5000
                                                                                  Philadelphia, PA 19106-1541


Cenlar Loan Administration               Chrystler Capital Corporation            Citizens Bank
c/o Customer Assistance Group            PO Box 660335                            c/o Convergent Outsourcing
1301 McKinney St.                        Dallas, TX 75266-0335                    800 Southwest 29th St.
Suite 3450                                                                        Po Box 9004
Houston, TX 77010-9050                                                            Renton, WA 98057-9004


Dr. George Cheponis                      Dr. Gerald Goltz, MD                     Duquesne Light Company
c/o Penn Credit Corporation              701 Broad St                             c/o Bernstein-Burkley, P.C.
916 South 14th St.                       Suite 421                                707 Grant Street, Suite 2200, Gulf Tower
Po Box 988                               Sewickley, PA 15143-1670                 Pittsburgh, PA 15219-1945
Harrisburg, PA 17108-0988


Keri P. Ebeck                            Greater Pittsburgh Pediatric Center      Mario J. Hanyon
Bernstein-Burkley                        1811 Blvd. of the Allies Suite 200       Brock & Scott, PLLC
601 Grant Street, 9th Floor              Pittsburgh, PA 15219-5964                302 Fellowship Road
Pittsburgh, PA 15219-4430                                                         Suite 130
                                                                                  Mount Laurel, NJ 08054-1218


Heritage Valley Health System            Heritage Valley Sewickley                Home Security of America
720 Blackburn Road                       c/o National Hospital Collections        c/o Nationwide Credit
Sewickley, PA 15143-1498                 16 Distributor Drive                     Po Box 14581
                                         Suite 2                                  Des Moines, IA 50306-3581
                                         Morgantown, WV 26501-7209


Kina R. Garland                          LAKEVIEW LOAN SERVICING, LLC             Ladani Medical Associates, LLC
80 McKinnie Avenue                       FLAGSTAR BANK F.S.B.                     2409 Brownsville Rd.
McKees Rocks, PA 15136-3174              5151 CORPORATE DRIVE                     Pittsburgh, PA 15210-4503
                                         TROY MI 48098-2639


Lakeview Loan Servicing                  Lakeview Loan Servicing, LLC             Maria Miksich
425 Phillips Blvd.                       4425 Ponce De Leon Blvd. 5th Floor       KML Law Group, P.C.
Trenton, NJ 08618-1430                   Coral Gables, Florida 33146-1873         701 Market Street
                                                                                  Suite 5000
                                                                                  Philadelphia, PA 19106-1541


Brian Nicholas                           Office of the United States Trustee      PNC Bank
KML Law Group, P.C.                      Liberty Center.                          c/o Credit Collection Services
701 Market Street                        1001 Liberty Avenue, Suite 970           725 Canton St.
Suite 5000                               Pittsburgh, PA 15222-3721                Norwood, MA 02062-2679
Philadelphia, PA 19106-1541


Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue            Pennsylvania Turnpike
Bankruptcy Division                      Department 280946                        Po Box 1153
P.O. Box 280946                          P.O. Box 280946                          Milwaukee, WI 53201-1153
Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION
                                         Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Pennsylvania Turnpike<br>c/o Professional Account Management LLC<br>PO Box 1153<br>Milwaukee, WI 53201-1153 | Pennsylvania Turnpike Commission<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 | Peoples Gas Company<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pittsburgh Parking Court<br>c/o Professional Account Management<br>PO Box 640<br>Pittsburgh, PA 15230-0640 | Quest Diagnostics<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 |
| (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Jason R. Stewart<br>120 Hart Dr<br>Pittsburgh, PA 15235-5424 |
| T-Mobile<br>c/o ERC Collection Agency<br>Po Box 23870<br>Jacksonville, FL 32241-3870 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physicians Services<br>c/o Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Verizon & US Asset Management<br>c/o Synergetic Communications Inc.<br>5450 Northwest Central<br>#220<br>Houston, TX 77092-2061 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Sprint<br>P. O. Box 219718<br>Kansas City, MO 64121-9718 | (d)Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMERIHOME MORTGAGE COMPANY, LLC | (u)LAKEVIEW LOAN SERVICING, LLC | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |

**End of Label Matrix**

| | |
|---|---|
| Mailable recipients | 47 |
| Bypassed recipients | 3 |
| Total | 50 |