IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-22178 CMB |
| Jason R. Stewart, ) | Chapter 13 |
| *Debtor* ) | |
| ) | Related to Docket No. 80 |
| Jason R. Stewart, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 13, 2022, a true and correct copy of the *Order of Court dated April 12, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee
**Served by CM/ECF:** Office of the United States Trustee

Date of Service: April 13, 2022        /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        2830 Gulf Tower - 707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000 ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965

```
Label Matrix for local noticing        All State                               Amerihome Mortgage Company
0315-2                                  c/o Credit Collection Services         c/o Peter Wapner, Esq.
Case 20-22178-CMB                       725 Canton St.                         Phelan, Hallinan, Diamond & Jones
WESTERN DISTRICT OF PENNSYLVANIA        Norwood, MA 02062-2679                 1617 JFK Boulevard, Suite 1400
Pittsburgh                                                                     Philadelphia, PA 19103-1814
Mon Mar 21 14:52:22 EDT 2022

Jerome B. Blank                         CHRYSLER CAPITAL                       Denise Carlon
Phelan Hallinan Diamond & Jones, LLP    P.O. BOX 961275                        KML Law Group, P.C.
1617 JFK Boulevard                      FORT WORTH, TX 76161-0275              701 Market Street
Philadelphia, PA 19103-1821                                                    Suite 5000
                                                                               Philadelphia, PA 19106-1541

Cenlar Loan Administration              Chrystler Capital Corporation          Citizens Bank
c/o Customer Assistance Group           PO Box 660335                          c/o Convergent Outsourcing
1301 McKinney St.                       Dallas, TX 75266-0335                  800 Southwest 29th St.
Suite 3450                                                                     Po Box 9004
Houston, TX 77010-9050                                                         Renton, WA 98057-9004

Dr. George Cheponis                     Dr. Gerald Goltz, MD                   Duquesne Light Company
c/o Penn Credit Corporation             701 Broad St                           c/o Bernstein-Burkley, P.C.
916 South 14th St.                      Suite 421                              707 Grant Street, Suite 2200, Gulf Tower
Po Box 988                              Sewickley, PA 15143-1670               Pittsburgh, PA 15219-1945
Harrisburg, PA 17108-0988

Keri P. Ebeck                           Greater Pittsburgh Pediatric Center    Mario J. Hanyon
Bernstein-Burkley                       1811 Blvd. of the Allies Suite 200     Brock & Scott, PLLC
601 Grant Street, 9th Floor             Pittsburgh, PA 15219-5964              302 Fellowship Road
Pittsburgh, PA 15219-4430                                                      Suite 130
                                                                               Mount Laurel, NJ 08054-1218

Heritage Valley Health System           Heritage Valley Sewickley              Home Security of America
720 Blackburn Road                      c/o National Hospital Collections      c/o Nationwide Credit
Sewickley, PA 15143-1498                16 Distributor Drive                   Po Box 14581
                                        Suite 2                                Des Moines, IA 50306-3581
                                        Morgantown, WV 26501-7209

Kina R. Garland                         LAKEVIEW LOAN SERVICING, LLC           Ladani Medical Associates, LLC
80 McKinnie Avenue                      FLAGSTAR BANK F.S.B.                   2409 Brownsville Rd.
McKees Rocks, PA 15136-3174             5151 CORPORATE DRIVE                   Pittsburgh, PA 15210-4503
                                        TROY MI 48098-2639

Lakeview Loan Servicing                 Lakeview Loan Servicing, LLC           Maria Miksich
425 Phillips Blvd.                      4425 Ponce De Leon Blvd. 5th Floor     KML Law Group, P.C.
Trenton, NJ 08618-1430                  Coral Gables, Florida 33146-1873       701 Market Street
                                                                               Suite 5000
                                                                               Philadelphia, PA 19106-1541

Brian Nicholas                          Office of the United States Trustee    PNC Bank
KML Law Group, P.C.                     Liberty Center.                        c/o Credit Collection Services
701 Market Street                       1001 Liberty Avenue, Suite 970         725 Canton St.
Suite 5000                              Pittsburgh, PA 15222-3721              Norwood, MA 02062-2679
Philadelphia, PA 19106-1541

Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue          Pennsylvania Turnpike
Bankruptcy Division                     Department 280946                      Po Box 1153
P.O. Box 280946                         P.O. Box 280946                        Milwaukee, WI 53201-1153
Harrisburg, PA 17128-0946               ATTN: BANKRUPTCY DIVISION
                                        Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Pennsylvania Turnpike<br>c/o Professional Account Management LLC<br>PO Box 1153<br>Milwaukee, WI 53201-1153 | Pennsylvania Turnpike Commission<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 | Peoples Gas Company<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pittsburgh Parking Court<br>c/o Professional Account Management<br>PO Box 640<br>Pittsburgh, PA 15230-0640 | Quest Diagnostics<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 |
| (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Jason R. Stewart<br>120 Hart Dr<br>Pittsburgh, PA 15235-5424 |
| T-Mobile<br>c/o ERC Collection Agency<br>Po Box 23870<br>Jacksonville, FL 32241-3870 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physicians Services<br>c/o Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Verizon & US Asset Management<br>c/o Synergetic Communications Inc.<br>5450 Northwest Central<br>#220<br>Houston, TX 77092-2061 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Sprint<br>P. O. Box 219718<br>Kansas City, MO 64121-9718 | (d)Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMERIHOME MORTGAGE COMPANY, LLC | (u)LAKEVIEW LOAN SERVICING, LLC | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |

End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50