**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JASON R. STEWART <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:20-22178 <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/23/2020 and confirmed on 10/13/2020. The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,782.21 |
| Less Refunds to Debtor | 1,274.03 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,508.18 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,726.77 | |
|     Trustee Fee | 1,324.40 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,051.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 11,886.31 | 0.00 | 11,886.31 |
|     Acct: 0384 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 17,819.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 0384 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 32,076.63 | 6,543.50 | 2,572.87 | 9,116.37 |
|     Acct: 7205 | | | | |
| | | | | 21,002.68 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON R. STEWART | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON R. STEWART | 1,274.03 | 1,274.03 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 2,726.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KINA R GARLAND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4700 | | | | |

| 20-22178 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 454.33 | 0.00 | 454.33 |
| | Acct: 5866 | | | | |
| | | | | | 454.33 |
| Unsecured | | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN CREDIT CORPORATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GERALD GOLTZ MD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREATER PITTSBURGH PEDIATRIC CENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HOME SECURITY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LANDANI MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENNSYLVANIA TURNPIKE COMMISSION* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENNSYLVANIA TURNPIKE COMMISSION* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,717.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 3225 | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SPRINT CORP(*) | 447.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 8961 | | | | |
| | T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC HEALTH SERVICES | 128.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 7913 | | | | |
| | UPMC PHYSICIAN SERVICES | 454.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 7913 | | | | |
| | SYNERGETIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 758.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 20-22178 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 21,457.01 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 49,896.13 | |
| UNSECURED | 3.506.40 | |

Date: 04/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com