**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-22178-CMB |
| | : | |
| JASON R. STEWART | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**OF**
**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE**
**and**
**APPLICATION OF TRUSTEE TO EMPLOY REAL ESTATE BROKER**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **May 5, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**

Jerome B. Blank on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
pawb@fedphe.com

Denise Carlon on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
dcarlon@kmllawgroup.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Mario J. Hanyon on behalf of Creditor AMERIHOME MORTGAGE COMPANY, LLC
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Maria Miksich on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Kenneth Steidl on behalf of Debtor Jason R. Stewart
julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

**Service By First Class Mail**

See attached list

**EXECUTED ON:**  May 22, 2022

By:  */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@cardiello-law.com

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL DUE TO AN UNDELIVERABLE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
(P)SPRINT                        ACCEPTANCE NOW                      ALL STATE/PNC BANK/QUEST DIAGNOSTICS
C O AMERICAN INFOSOURCE          3801 WILLIAM PENN HIGHWAY           C/O CREDIT COLLECTION SERVICES
4515 N SANTA FE AVE              MONROEVILLE PA 15146-2127           725 CANTON ST.
OKLAHOMA CITY OK 73118-7901                                          NORWOOD MA 02062-2679




AMERIHOME MORTGAGE COMPANY       AT&T DIRECT TV                      CENLAR LOAN ADMINISTRATION
C/O PETER WAPNER ESQ.            C/O IC SYSTEMS INC.                 C/O CUSTOMER ASSISTANCE GROUP
PHELAN HALLINAN DIAMOND & JONES  444 HIGHWAY 96 EAST                 1301 MCKINNEY ST.
1617 JFK BOULEVARD SUITE 1400    PO BOX 64378                        SUITE 3450
PHILADELPHIA PA 19103-1814       SAINT PAUL MN 55164-0378            HOUSTON TX 77010-9050




CHRYSLER CAPITAL                 CHRYSTLER CAPITAL CORPORATION       CITIZENS BANK
P.O. BOX 961275                  PO BOX 660335                       C/O CONVERGENT OUTSOURCING
FORT WORTH TX 76161-0275         DALLAS TX 75266-0335                800 SOUTHWEST 29TH ST.
                                                                     PO BOX 9004
                                                                     RENTON WA 98057-9004




CREDIT COLLECTIONS USA           DIRECTV LLC                         DR. GEORGE CHEPONIS
16 DISTRIBUTOR DRIVE             BY AMERICAN INFOSOURCE AS AGENT     C/O PENN CREDIT CORPORATION
SUITE 1                          PO BOX 5072                         916 SOUTH 14TH ST.
MORGANTOWN WV 26501-7209         CAROL STREAM IL 60197-5072          PO BOX 988
                                                                     HARRISBURG PA 17108-0988




DR. GERALD GOLTZ MD              FIRESTONE                           FORTIVA
701 BROAD ST                     C/O CREDIT FIRST                    PO BOX 650721
SUITE 421                        PO BOX 81344                        DALLAS TX 75265-0721
SEWICKLEY PA 15143-1670          CLEVELAND OH 44188-0344




GALAXY INTERNATIONAL PURCHASING  GREATER PITTSBURGH PEDIATRIC CENTER HERITAGE VALLEY HEALTH SYSTEM
C/O CKS FINANCIAL                1811 BLVD. OF THE ALLIES SUITE 200  25 HECKEL RD.
PO BOX 2856                      PITTSBURGH PA 15219-5964            MC KEES ROCKS PA 15136-1651
CHESAPEAKE VA 23327-2856




HERITAGE VALLEY HEALTH SYSTEM    HERITAGE VALLEY SEWICKLEY           HOME SECURITY OF AMERICA
720 BLACKBURN ROAD               C/O NATIONAL HOSPITAL COLLECTIONS   C/O NATIONWIDE CREDIT
SEWICKLEY PA 15143-1498          16 DISTRIBUTOR DRIVE                PO BOX 14581
                                 SUITE 2                             DES MOINES IA 50306-3581
                                 MORGANTOWN WV 26501-7209




JASON R. STEWART                 KINA R. GARLAND                     LADANI MEDICAL ASSOCIATES LLC
120 HART DR                      80 MCKINNIE AVENUE                  2409 BROWNSVILLE RD.
PITTSBURGH PA 15235-5424         MCKEES ROCKS PA 15136-3174          PITTSBURGH PA 15210-4503




LAKEVIEW LOAN SERVICING LLC      PENNSYLVANIA DEPARTMENT OF REVENUE  PENNSYLVANIA TURNPIKE/PITTSBURGH
4425 PONCE DE LEON BLVD. 5TH FLOOR BANKRUPTCY DIVISION               PARKING COURT
CORAL GABLES FLORIDA 33146-1873  P.O. BOX 280946                     C/O PROFESSIONAL ACCOUNT MANAGEMENT LL
                                 HARRISBURG PA 17128-0946            PO BOX 1153
                                                                     MILWAUKEE WI 53201-1153
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. PER ADDITIONAL ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" RECEIVE NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PENNSYLVANIA TURNPIKE COMMISSION<br>300 EAST PARK DRIVE<br>HARRISBURG PA 17111-2729 | QUEST DIAGNOSTICS<br>PO BOX 740795<br>CINCINNATI OH 45274-0795 | T-MOBILE<br>C/O ERC COLLECTION AGENCY<br>PO BOX 23870<br>JACKSONVILLE FL 32241-3870 |
| TRI-STATE ORTHOPAEDICS & SPORTS MED<br>5900 CORPORATE DRIVE SUITE 200<br>PITTSBURGH PA 15237-7009 | UPMC<br>2 HOT METAL STREET ROOM 386<br>PITTSBURGH PA 15203-2348 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 |
| UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | UPMC PHYSICIANS SERVICES<br>C/O CREDIT MANAGEMENT COMPANY<br>2121 NOBLESTOWN ROAD<br>PITTSBURGH PA 15205-3956 | VERIZON<br>PO BOX 16801<br>NEWARK NJ 07101-6801 |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | VERIZON & US ASSET MANAGEMENT<br>C/O SYNERGETIC COMMUNICATIONS INC.<br>5450 NORTHWEST CENTRAL<br>#220<br>HOUSTON TX 77092-2061 | VERVE<br>C/O CARDHOLDER SERVICES<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| WDR OF ALLENWOOD<br>5972 SUSQUEHANNA TRAIL<br>TURBOTVILLE PA 17772-8555 | ZALES<br>C/O COMENITY BANK<br>PO BOX 650971<br>DALLAS TX 75265-0971 | |