| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jason R. Stewart<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx-xx-7913<br>EIN: _ _ - _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ - _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13   7/23/20 |
| Case number: | 20-22178-CMB | Date case reconverted to chapter: | 13   7/12/22 |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason R. Stewart | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 120 Hart Dr<br>Pittsburgh, PA 15235 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412-391-8000<br><br>Email: julie.steidl@steidl-steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412-471-5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. - Fri. Pittsburgh Office: 9:00a.m. - 4:30p.m. Erie Office: 9:00a.m. - 4:30p.m.<br><br>Contact phone 412-644-2700<br><br>Date: 7/12/22 |

For more information, see page 2

Debtor **Jason R. Stewart**        Case number **20–22178–CMB**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 8, 2022 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/7/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/20/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/19/21** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**8/8/22** at **11:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason R. Stewart  
    Debtor

Case No. 20-22178-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 5
Date Rcvd: Jul 12, 2022 | Form ID: 309iPGH | Total Noticed: 66

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason R. Stewart, 120 Hart Dr, Pittsburgh, PA 15235-5424 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jerome B. Blank, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| r | + | Kevin Shaner, EXP Realty, LLC, 1653 McFarland Road, Pittsburgh, PA 15216-1810 |
| 15473355 | + | Acceptance Now, 3801 William Penn Highway, Monroeville, PA 15146-2127 |
| 15268582 | + | Amerihome Mortgage Company, c/o Peter Wapner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15268583 | | Cenlar Loan Administration, c/o Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston, TX 77010-9050 |
| 15268584 | | Chrystler Capital Corporation, PO Box 660335, Dallas, TX 75266-0335 |
| 15268586 | | Dr. George Cheponis, c/o Penn Credit Corporation, 916 South 14th St., Po Box 988, Harrisburg, PA 17108-0988 |
| 15268587 | + | Dr. Gerald Goltz, MD, 701 Broad St, Suite 421, Sewickley, PA 15143-1670 |
| 15473366 | | Fortiva, Po Box 650721, Dallas, TX 75265-0721 |
| 15268588 | + | Greater Pittsburgh Pediatric Center, 1811 Blvd. of the Allies Suite 200, Pittsburgh, PA 15219-5964 |
| 15473370 | + | Heritage Valley Health System, 25 Heckel Rd., Mc Kees Rocks, PA 15136-1651 |
| 15268589 | | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15473373 | + | Kina R. Garland, 80 McKinnie Avenue, Mc Kees Rocks, PA 15136-3174 |
| 15304116 | + | Kina R. Garland, 80 McKinnie Avenue, McKees Rocks, PA 15136-3174 |
| 15268592 | | Ladani Medical Associates, LLC, 2409 Brownsville Rd., Pittsburgh, PA 15210-4503 |
| 15268593 | + | Lakeview Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 15268594 | | Pennsylvania Turnpike, Po Box 1153, Milwaukee, WI 53201-1153 |
| 15268595 | + | Pennsylvania Turnpike, c/o Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15268596 | + | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15268597 | | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15268598 | | Pittsburgh Parking Court, c/o Professional Account Management, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15268602 | | T-Mobile, c/o ERC Collection Agency, Po Box 23870, Jacksonville, FL 32241-3870 |
| 15473386 | + | Tri-State Orthopaedics & Sports Med, 5900 Corporate Drive Suite 200, Pittsburgh, PA 15237-7009 |
| 15473390 | | Verizon, Po Box 16801, Newark, NJ 07101-6801 |
| 15473393 | + | WDR of Allenwood, 5972 Susquehanna Trail, Turbotville, PA 17772-8555 |
| 15473394 | | Zales, c/o Comenity Bank, Po Box 650971, Dallas, TX 75265-0971 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Jul 13 2022 04:19:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Jul 13 2022 04:19:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 |

Case 20-22178-CMB    Doc 120    Filed 07/14/22    Entered 07/15/22 00:26:38    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 309iPGH | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Jul 13 2022 08:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 13 2022 08:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jul 13 2022 04:19:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 13 2022 04:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15473358 | | EDI: IIC9.COM | Jul 13 2022 08:18:00 | AT&T Direct TV, c/o IC Systems Inc., 444 Highway 96 East, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15268581 | + | EDI: CCS.COM | Jul 13 2022 08:18:00 | All State, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15270708 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 13 2022 04:19:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15473392 | | Email/Text: cfcbackoffice@contfinco.com | Jul 13 2022 04:19:00 | Verve, c/o Cardholder Services, Po Box 3220, Buffalo, NY 14240 |
| 15268585 | + | EDI: CONVERGENT.COM | Jul 13 2022 08:18:00 | Citizens Bank, c/o Convergent Outsourcing, 800 Southwest 29th St., Po Box 9004, Renton, WA 98057-9004 |
| 15473362 | + | EDI: CCUSA.COM | Jul 13 2022 08:18:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15476956 | | EDI: DIRECTV.COM | Jul 13 2022 08:18:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15473365 | | EDI: CRFRSTNA.COM | Jul 13 2022 08:18:00 | Firestone, c/o Credit First, Po Box 81344, Cleveland, OH 44188-0344 |
| 15473367 | | EDI: CKSFINANCIAL.COM | Jul 13 2022 08:18:00 | Galaxy International Purchasing, c/o CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 15268590 | + | EDI: NHCLLC.COM | Jul 13 2022 08:18:00 | Heritage Valley Sewickley, c/o National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15268591 | | Email/Text: NCI_bankonotify@ncirm.com | Jul 13 2022 04:19:00 | Home Security of America, c/o Nationwide Credit, Po Box 14581, Des Moines, IA 50306-3581 |
| 15293081 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jul 13 2022 04:19:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15430553 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 04:19:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15268599 | + | EDI: CCS.COM | Jul 13 2022 08:18:00 | PNC Bank, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15277896 | + | Email/Text: ebnpeoples@grblaw.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 309iPGH | Total Noticed: 66 |

| Recip ID | Bypass Reason | Notice Time | Name and Address |
|---|---|---|---|
| | | Jul 13 2022 04:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15483183 | EDI: Q3G.COM | Jul 13 2022 08:18:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15473383 | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 13 2022 04:19:00 | Quest Diagnostics, Po Box 740795, Cincinnati, OH 45274-0795 |
| 15268600 | + EDI: CCS.COM | Jul 13 2022 08:18:00 | Quest Diagnostics, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15268601 | EDI: AISSPRINT | Jul 13 2022 08:18:00 | Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 15285099 | EDI: AISSPRINT | Jul 13 2022 08:18:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15490435 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 13 2022 04:19:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15268603 | + Email/Text: BankruptcyNotice@upmc.edu | Jul 13 2022 04:19:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15284899 | ^ MEBN | Jul 13 2022 04:19:18 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15284862 | ^ MEBN | Jul 13 2022 04:19:15 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15268604 | + Email/Text: bdsupport@creditmanagementcompany.com | Jul 13 2022 04:19:00 | UPMC Physicians Services, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15290425 | EDI: AIS.COM | Jul 13 2022 08:18:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15268605 | ^ MEBN | Jul 13 2022 04:19:07 | Verizon & US Asset Management, c/o Synergetic Communications Inc., 5450 Northwest Central, #220, Houston, TX 77092-2061 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERIHOME MORTGAGE COMPANY, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15473356 | *+ | All State, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15473357 | *+ | Amerihome Mortgage Company, c/o Peter Wapner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15473359 | * | Cenlar Loan Administration, c/o Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston, TX 77010-9050 |
| 15473360 | * | Chrystler Capital Corporation, PO Box 660335, Dallas, TX 75266-0335 |
| 15473361 | *+ | Citizens Bank, c/o Convergent Outsourcing, 800 Southwest 29th St., Po Box 9004, Renton, WA 98057-9004 |
| 15473363 | * | Dr. George Cheponis, c/o Penn Credit Corporation, 916 South 14th St., Po Box 988, Harrisburg, PA 17108-0988 |
| 15473364 | *+ | Dr. Gerald Goltz, MD, 701 Broad St, Suite 421, Sewickley, PA 15143-1670 |
| 15473368 | *+ | Greater Pittsburgh Pediatric Center, 1811 Blvd. of the Allies Suite 200, Pittsburgh, PA 15219-5964 |
| 15473369 | * | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15473371 | *+ | Heritage Valley Sewickley, c/o National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15473372 | * | Home Security of America, c/o Nationwide Credit, Po Box 14581, Des Moines, IA 50306-3581 |
| 15473374 | * | Ladani Medical Associates, LLC, 2409 Brownsville Rd., Pittsburgh, PA 15210-4503 |
| 15473375 | *+ | Lakeview Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 15473381 | *+ | PNC Bank, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15473377 | *+ | Pennsylvania Turnpike, c/o Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15473376 | * | Pennsylvania Turnpike, Po Box 1153, Milwaukee, WI 53201-1153 |

Case 20-22178-CMB    Doc 120    Filed 07/14/22    Entered 07/15/22 00:26:38    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 309iPGH | Total Noticed: 66 |

| | | |
|---|---|---|
| 15473378 | *+ | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15473379 | * | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15473380 | * | Pittsburgh Parking Court, c/o Professional Account Management, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15473382 | *+ | Quest Diagnostics, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15473384 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 15473385 | * | T-Mobile, c/o ERC Collection Agency, Po Box 23870, Jacksonville, FL 32241-3870 |
| 15473387 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15473388 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15473389 | *+ | UPMC Physicians Services, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15473391 | *+ | Verizon & US Asset Management, c/o Synergetic Communications Inc., 5450 Northwest Central, #220, Houston, TX 77092-2061 |

TOTAL: 2 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022            Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Denise Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Kenneth Steidl
    on behalf of Debtor Jason R. Stewart julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace

District/off: 0315-2                                   User: auto                                          Page 5 of 5
Date Rcvd: Jul 12, 2022                           Form ID: 309iPGH                              Total Noticed: 66

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 12