IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 20-22178-CMB |
| | : |
| JASON R. STEWART | : Chapter 7 |
| | : |
| *Debtor* | : Related to: Document No. 108 |
| | : |
| JASON R. STEWART | : |
| | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| No Respondents | : |

**ORDER OF COURT**

AND NOW, to wit, this __12th__ day of ____July____, 2022, upon review of the Debtor's Motion to Convert Chapter 7 Case to Chapter 13 and the Trustee's response thereto, it is hereby **ORDERED, ADJUDGED and DECREED** that the Chapter 7 Bankruptcy Case of Jason R. Stewart is hereby converted back to Chapter 13.

IT IS **FURTHER ORDERED** that Counsel for the Trustee is may file an administrative claim in the chapter 13 case and that, if the chapter 13 case is not successful and absent unforeseen circumstances, the case shall be reconverted to a chapter 7 case or dismissed with prejudice.

_____  glb
CARLOTA M. BÖHM
Chief United States Bankruptcy Judge

FILED
7/12/22 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CONSENTED TO:

*/s/Kenneth Steidl*
Kenneth Steidl, Esquire
Counsel for Debtor

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 20-22178-CMB
Jason R. Stewart                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                       Page 1 of 2
Date Rcvd: Jul 12, 2022               Form ID: pdf900              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason R. Stewart, 120 Hart Dr, Pittsburgh, PA 15235-5424 |
| | + Natalie Lutz Cardiello, Esq., 107 Huron Drive, Carnegie, PA 15106-1826 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Jason R. Stewart julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 12, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 12