**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JASON R. STEWART

Case No. 20-22178CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

LAKEVIEW LOAN SERVICING LLC

Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

TRUSTEE HAS BEEN INFORMED THAT THE LOAN HAS BEEN SERVICE RELEASED TO NATIONSTAR THROUGH RIGHT PATH SERVICING. NO TRANSFER OF CLAIM HAS BEEN FILED.

LAKEVIEW LOAN SERVICING LLC
C/O COMMUNITY LOAN SERVICING LLC
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL 33146

Court claim# 7/Trustee CID# 4

The Movant further certifies that on 08/23/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JASON R. STEWART, 120 HART DR, PITTSBURGH, PA  15235 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>MCCALLA RAYMER  ET AL, NATL BANKRUPTCY DEPT**, 1544 OLD ALABAMA RD**, ROSWELL, GA  30076-2102 | ORIGINAL CREDITOR:<br>LAKEVIEW LOAN SERVICING LLC, C/O COMMUNITY LOAN SERVICING LLC, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146 |
| :<br>NATIONSTAR MORTGAGE LLC**, C/O RIGHTPATH SERVICING, PO BOX 619094, DALLAS, TX  75261-9741<br><br>NEW CREDITOR: | |