IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 20-22178 CMB |
| ) | Chapter: 13 |
| Jason Stewart, ) | |
|     *Debtor* ) | Docket No. |
| ) | |
| Jason Stewart, ) | |
|     *Movant* ) | |
| ) | |
|     vs. ) | |
| ) | |
| AT&T Direct, Acceptance Now, All State, AmeriHome ) | |
| Mortgage, Chrysler Capital, Credit First NA, Cenlar Loan ) | |
| Administration, Chrysler Capital, Citizens Bank, Credit ) | |
| Collections USA, DirecTv, Dr. George Cheponis, Dr. ) | |
| Gerald Goltz, Duquesne Light Co., Firestone, Heritage ) | |
| Valley Health System, Home Security of America, ) | |
| Lakeview Loan Servicing, Office of the U.S. Trustee, PNC ) | |
| Bank, PA Dept. of Revenue, PA Turnpike, Peoples Gas Co.,) | |
| Pittsburgh Parking Court, Quantum3 Group, Quest ) | |
| Diagnostics, RightPath Servicing, Sprint, T-Mobile, Bank ) | |
| of Missouri, Tri-State Orthopedics, UPMC, UPMC ) | |
| Physician Services, UPMC Health Services, Verizon, ) | |
| Continental Finance Co., WRD of Allenwood, Zales ) | |
|     *Respondents* ) | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF JASON STEWART TO SELL REAL ESTATE FREE AND CLEAR OF LIENS**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property*.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion by no later than February 6, 2023, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her procedures web page at http://www.pawb.uscourts.gov/procedures-1.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on February 23, 2022 at 1:30 pm before Judge Carlota M. Böhm via the *Zoom Video Conference Application* ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom

Hearing time: http://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf***. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.  Only ten minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: January 18, 2023        /s/ Kenneth Steidl_____
                                         Kenneth Steidl, Esquire
                                         STEIDL & STEINBERG, P.C.
                                         28th Floor-Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         PA I. D. No. 34965
                                         ken.steidl@steidl-steinberg.com