IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-22178 CMB |
| | ) | Chapter: 13 |
| Jason Stewart, | ) | |
|    *Debtor* | ) | Related to Docket No. 136 |
| | ) | |
| Jason Stewart, | ) | |
|    *Movant* | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| AT&T Direct, Acceptance Now, All State, AmeriHome Mortgage, Chrysler Capital, Credit First NA, Cenlar Loan Administration, Chrysler Capital, Citizens Bank, Credit Collections USA, DirecTv, Dr. George Cheponis, Dr. Gerald Goltz, Duquesne Light Co., Firestone, Heritage Valley Health System, Home Security of America, Lakeview Loan Servicing, Office of the U.S. Trustee, PNC Bank, PA Dept. of Revenue, PA Turnpike, Peoples Gas Co., Pittsburgh Parking Court, Quantum3 Group, Quest Diagnostics, RightPath Servicing, Sprint, T-Mobile, Bank of Missouri, Tri-State Orthopedics, UPMC, UPMC Physician Services, UPMC Health Services, Verizon, Continental Finance Co., WRD of Allenwood, Zales | ) ) ) ) ) ) ) ) ) ) ) ) | |
|    *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 6, 2023, a true and correct copy of the *Order Granting Application to Employ Kendall Thomas as Realtor* was served upon the following persons and parties:

METHOD OF SERVICE:    First Class U. S. Mail

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

Tri Property Owner I LLC
530 7th Ave.- Suite #1408
New York, NY 10018

Anna DeFrank
Compass Pennsylvania
1134 Thorn Run Rd.
Pittsburgh, PA 15108

United States of America
C/o US Attorneys Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

METHOD OF SERVICE: CM/ECF
Ronda Winnecour, Trustee
Office of the U.S. Trustee
Jerome Blank, Esq.
Natalie Cardiello, Trustee
Denise Carlon, Esq.
Christopher DeNardo, Esq.
Keri Ebeck, Esq.
Mario Hanyon, Esq.
Maria Miksich, Esq.
Brian Nicholas, Esq.
S. James Wallace, Esq.


Date of Service: <u>February 3, 2023</u>          <u>/s/ Kenneth Steidl</u>
                                                  Kenneth Steidl, Esquire
                                                  Attorney for the Debtor
                                                  STEIDL & STEINBERG, P.C.
                                                  707 Grant Street
                                                  Gulf Tower, Suite 2830
                                                  Pittsburgh, PA  15219
                                                  (412) 391-8000
                                                  ken.steidl@steidl-steinberg.com
                                                  PA I.D. No.  34965

```
Label Matrix for local noticing          AT&T Direct TV                           Acceptance Now
0315-2                                    c/o IC Systems Inc.                      3801 William Penn Highway
Case 20-22178-CMB                         444 Highway 96 East                      Monroeville, PA 15146-2127
WESTERN DISTRICT OF PENNSYLVANIA          Po Box 64378
Pittsburgh                                Saint Paul, MN 55164-0378
Wed Nov 30 06:57:03 EST 2022

All State                                 Amerihome Mortgage Company               Jerome B. Blank
c/o Credit Collection Services            c/o Peter Wapner, Esq.                   Pincus Law Group, PLLC
725 Canton St.                            Phelan, Hallinan, Diamond & Jones        2929 Arch Street
Norwood, MA 02062-2679                    1617 JFK Boulevard, Suite 1400           Ste 17th Floor
                                          Philadelphia, PA 19103-1814              Philadelphia, PA 19104-2857

CHRYSLER CAPITAL                          CREDIT FIRST NA                          Natalie Lutz Cardiello
P.O. BOX 961275                           PO BOX 818011                            107 Huron Drive
FORT WORTH, TX 76161-0275                 CLEVELAND, OHIO 44181-8011               Carnegie, PA 15106-1826


Denise Carlon                             Cenlar Loan Administration               Chrystler Capital Corporation
KML Law Group, P.C.                       c/o Customer Assistance Group            PO Box 660335
701 Market Street                         1301 McKinney St.                        Dallas, TX 75266-0335
Suite 5000                                Suite 3450
Philadelphia, PA 19106-1541               Houston, TX 77010-9050

Citizens Bank                             Credit Collections USA                   Christopher A. DeNardo
c/o Convergent Outsourcing                16 Distributor Drive                     LOGS LEGAL GROUP LLP
800 Southwest 29th St.                    Suite 1                                  3600 Horizon Drive, Suite 150
Po Box 9004                               Morgantown, WV 26501-7209                King of Prussia, PA 19406-4702
Renton, WA 98057-9004

Directv, LLC                              Dr. George Cheponis                      Dr. Gerald Goltz, MD
by American InfoSource as agent           c/o Penn Credit Corporation              701 Broad St
PO Box 5072                               916 South 14th St.                       Suite 421
Carol Stream, IL  60197-5072              Po Box 988                               Sewickley, PA 15143-1670
                                          Harrisburg, PA 17108-0988

Duquesne Light Company                    Duquesne Light Company                   Keri P. Ebeck
c/o Bernstein-Burkley, P.C.               c/o Bernstein-Burkley, P.C.              Bernstein-Burkley
707 Grant Street, Suite 2200, Gulf Tower  601 Grant Street, 9th Floor              601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1945                 Pittsburgh, PA 15219-4430                Pittsburgh, PA 15219-4430

Firestone                                 Fortiva                                  Galaxy International Purchasing
c/o Credit First                          Po Box 650721                            c/o CKS Financial
Po Box 81344                              Dallas, TX 75265-0721                    Po Box 2856
Cleveland, OH 44188-0344                                                           Chesapeake, VA 23327-2856

Greater Pittsburgh Pediatric Center       Mario J. Hanyon                          Heritage Valley Health System
1811 Blvd. of the Allies Suite 200        Brock & Scott, PLLC                      25 Heckel Rd.
Pittsburgh, PA 15219-5964                 302 Fellowship Road                      Mc Kees Rocks, PA 15136-1651
                                          Suite 130
                                          Mount Laurel, NJ 08054-1218

Heritage Valley Health System             Heritage Valley Sewickley                Home Security of America
720 Blackburn Road                        c/o National Hospital Collections        c/o Nationwide Credit
Sewickley, PA 15143-1498                  16 Distributor Drive                     Po Box 14581
                                          Suite 2                                  Des Moines, IA 50306-3581
                                          Morgantown, WV 26501-7209
```

| | | |
|---|---|---|
| Kina R. Garland<br>80 McKinnie Avenue<br>Mc Kees Rocks, PA 15136-3174 | Kina R. Garland<br>80 McKinnie Avenue<br>McKees Rocks, PA 15136-3174 | LAKEVIEW LOAN SERVICING, LLC<br>FLAGSTAR BANK F.S.B.<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639 |
| Ladani Medical Associates, LLC<br>2409 Brownsville Rd.<br>Pittsburgh, PA 15210-4503 | Lakeview Loan Servicing<br>425 Phillips Blvd.<br>Trenton, NJ 08618-1430 | Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1837 |
| Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC Bank<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Turnpike<br>Po Box 1153<br>Milwaukee, WI 53201-1153 | Pennsylvania Turnpike<br>c/o Professional Account Management LLC<br>PO Box 1153<br>Milwaukee, WI 53201-1153 | Pennsylvania Turnpike Commission<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 |
| Peoples Gas Company<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pittsburgh Parking Court<br>c/o Professional Account Management<br>PO Box 640<br>Pittsburgh, PA 15230-0640 |
| Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Diagnostics<br>Po Box 740795<br>Cincinnati, OH 45274-0795 | Quest Diagnostics<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 |
| RightPath Servicing<br>P.O. Box 619096<br>Dallas, TX 75261-9096 | Kevin Shaner<br>EXP Realty, LLC<br>1653 McFarland Road<br>Pittsburgh, PA 15216-1810 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Jason R. Stewart<br>120 Hart Dr<br>Pittsburgh, PA 15235-5424 | T-Mobile<br>c/o ERC Collection Agency<br>Po Box 23870<br>Jacksonville, FL 32241-3870 |
| The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Tri-State Orthopaedics & Sports Med<br>5900 Corporate Drive Suite 200<br>Pittsburgh, PA 15237-7009 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 |

| | | |
|---|---|---|
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physicians Services<br>c/o Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Verizon<br>Po Box 16801<br>Newark, NJ 07101-6801 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Verizon & US Asset Management<br>c/o Synergetic Communications Inc.<br>5450 Northwest Central<br>#220<br>Houston, TX 77092-2061 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | WDR of Allenwood<br>5972 Susquehanna Trail<br>Turbotville, PA 17772-8555 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Zales<br>c/o Comenity Bank<br>Po Box 650971<br>Dallas, TX 75265-0971 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>P. O. Box 219718<br>Kansas City, MO 64121-9718 | (d)Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Verve<br>c/o Cardholder Services<br>Po Box 3220<br>Buffalo, NY 14240 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMERIHOME MORTGAGE COMPANY, LLC | (u)LAKEVIEW LOAN SERVICING, LLC | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |

End of Label Matrix
Mailable recipients    70
Bypassed recipients     3
Total                  73