Bankruptcy Notice. Case Number: 20-22178 CMB. Debtor: Jason Stewart — PAGE 1 OF 1

Case 20-22178-CMB    Doc 144    Filed 02/17/23    Entered 02/17/23 10:59:51    Desc Main
Document    Page 1 of 1

## Proof of Publication of Notice
### Pittsburgh Legal Journal

Commonwealth of Pennsylvania }
} SS:
County of Allegheny, }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Jan 30, 2023**

That affiant further states that he/she is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 30th day of January, 2023

_____
Notary Public

---

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: Jason Stewart
Bankruptcy Number: 20-22178 CMB
Notice of Sale To Creditors And Other Parties In Interest

Notice is hereby given that Kenneth Steidl, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Debtors, Jason Stewart, has received an offer of $150,000.00 for the Debtor's real property being known as 120 Hart Dr., Pittsburgh, PA 15235 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in by Zoom Video Conference on February 23, 2023 at 10:00 a.m. for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Kenneth Steidl, Esquire Steidl and Steinberg, Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.

23-00353 Jan 30, 2023

---

Commonwealth of Pennsylvania - Notary Seal
Marye Zoe Young, Notary Public
Allegheny County
My commission expires November 8, 2025
Commission number 1408873
Member, Pennsylvania Association of Notaries

---

Alyssa Fehl
Steidl & Steinberg
Gulf Tower
707 Grant St., Ste. 2830
Pittsburgh, PA 15219-2105

### Statement of Advertising Cost

| | |
|---|---:|
| For publishing the notice or advertisement on the above stated dates | $276.00 |
| Proof Fees | $0.00 |
| Total | $276.00 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 23-00353