# PROCEEDING MEMO

**Date: 02/23/2023 01:30 pm**

**In re:   Jason R. Stewart**

**Bankruptcy No. 20-22178-CMB**
**Chapter: 13**
**Doc. # 138**

**Appearances:  BY ZOOM:  Owen Katz**
**Abagale Steidl**
**Brian Nicholas**

**Nature of Proceeding: #138 Motion To Sell Real Estate Free and Clear of Liens**

**Additional Pleadings: #142 Objection by Lakeview Loan Servicing, LLC**
**#144 Proof of Publication of Notice of Sale in Pittsburgh Legal Journal**

**OUTCOME: Hearing held.  No higher or better offers.  Sale is confirmed.  Order to be submitted by 2/24/2023.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
2/24/23 7:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA