IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 20-22178 |
| ) | Chapter 13 |
| Jason R. Stewart, ) | Docket No. |
| *Debtor* ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Jason R. Stewart, had an address of 120 Hart Drive Pittsburgh, PA 15235 .

2. The debtor has since moved and the new address is 7140 McPherson Blvd., Pittsburgh, PA 15208.

WHEREFORE, the debtor, Jason R. Stewart, respectfully files this Notice of Change of Address.

Respectfully submitted,

March 7, 2023           /s/ Kenneth Steidl
DATE                    Kenneth Steidl, Esquire
                        Attorney for the Debtor

                        STEIDL & STEINBERG
                        707 Grant Street
                        Suite 2830
                        Pittsburgh, PA 15219
                        (412) 391-8000
                        Ken.steidl@steidl-steinberg.com
                        PA ID #34965