**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Jason R. Stewart<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–7913<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: 13   7/23/20 |
| Case number: | 20–22178–CMB | Date case converted to chapter: 7   4/17/23 |

Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jason R. Stewart | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 7140 McPherson Blvd<br>Pittsburgh, PA 15208 | |
| 4. | Debtor's attorney<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: julie.steidl@steidl–steinberg.com |
| 5. | Bankruptcy trustee<br>Name and address | Jeffrey J. Sikirica<br>Law Office of Jeffrey J Sikirica, ESQ<br>PO Box 13426<br>Pittsburgh, PA 15243 | Contact phone 724–625–2566<br>Email: TrusteeSikirica@gmail.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/17/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 5, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.    Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/4/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/26/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/19/21** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                  page **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22178-CMB |
| Jason R. Stewart | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 17, 2023 | Form ID: 309B | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason R. Stewart, 7140 McPherson Blvd, Pittsburgh, PA 15208-2427 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Christopher A. DeNardo, LOGS LEGAL GROUP LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jerome B. Blank, Pincus Law Group, PLLC, 2929 Arch Street, Ste 17th Floor, Philadelphia, PA 19104-2857 |
| aty | ++ | KERI EBECK, ATTN KERI EBECK, 601 GRANT STREET, 9TH FLOOR, PITTSBURGH PA 15219-4430 address filed with court:, Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| tr | + | Jeffrey J. Sikirica, Law Office of Jeffrey J Sikirica, ESQ, PO Box 13426, Pittsburgh, PA 15243-0426 |
| r | + | Kendall Thomas, Coldwell Banker Realty, 3865 Reed Blvd., Murrysville, PA 15668-1875 |
| r | + | Kevin Shaner, EXP Realty, LLC, 1653 McFarland Road, Pittsburgh, PA 15216-1810 |
| 15473355 | + | Acceptance Now, 3801 William Penn Highway, Monroeville, PA 15146-2127 |
| 15268582 | + | Amerihome Mortgage Company, c/o Peter Wapner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15268583 | | Cenlar Loan Administration, c/o Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston, TX 77010-9050 |
| 15268584 | | Chrystler Capital Corporation, PO Box 660335, Dallas, TX 75266-0335 |
| 15268587 | + | Dr. Gerald Goltz, MD, 701 Broad St, Suite 421, Sewickley, PA 15143-1670 |
| 15473366 | | Fortiva, Po Box 650721, Dallas, TX 75265-0721 |
| 15268588 | + | Greater Pittsburgh Pediatric Center, 1811 Blvd. of the Allies Suite 200, Pittsburgh, PA 15219-5964 |
| 15473370 | + | Heritage Valley Health System, 25 Heckel Rd., Mc Kees Rocks, PA 15136-1651 |
| 15268589 | | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15473373 | + | Kina R. Garland, 80 McKinnie Avenue, Mc Kees Rocks, PA 15136-3174 |
| 15304116 | + | Kina R. Garland, 80 McKinnie Avenue, McKees Rocks, PA 15136-3174 |
| 15268592 | | Ladani Medical Associates, LLC, 2409 Brownsville Rd., Pittsburgh, PA 15210-4503 |
| 15268593 | + | Lakeview Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 15268594 | | Pennsylvania Turnpike, Po Box 1153, Milwaukee, WI 53201-1153 |
| 15268595 | + | Pennsylvania Turnpike, c/o Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15268596 | + | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15268597 | | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15268598 | | Pittsburgh Parking Court, c/o Professional Account Management, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15268602 | | T-Mobile, c/o ERC Collection Agency, Po Box 23870, Jacksonville, FL 32241-3870 |
| 15473386 | + | Tri-State Orthopaedics & Sports Med, 5900 Corporate Drive Suite 200, Pittsburgh, PA 15237-7009 |
| 15473390 | | Verizon, Po Box 16801, Newark, NJ 07101-6801 |
| 15473393 | + | WDR of Allenwood, 5972 Susquehanna Trail, Turbotville, PA 17772-8555 |
| 15473394 | | Zales, c/o Comenity Bank, Po Box 650971, Dallas, TX 75265-0971 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: kebeck@bernsteinlaw.com | Apr 17 2023 23:41:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |

Case 20-22178-CMB   Doc 167   Filed 04/19/23   Entered 04/20/23 00:25:23   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 309B | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Apr 17 2023 23:40:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| smg | | EDI: PENNDEPTREV | Apr 18 2023 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2023 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 18 2023 03:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2023 23:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 17 2023 23:41:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 17 2023 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15473358 | | EDI: LCIICSYSTEM | Apr 18 2023 03:35:00 | AT&T Direct TV, c/o IC Systems Inc., 444 Highway 96 East, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15268581 | + | EDI: CCS.COM | Apr 18 2023 03:35:00 | All State, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15270708 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 17 2023 23:41:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15473392 | | Email/Text: cfcbackoffice@contfinco.com | Apr 17 2023 23:41:00 | Verve, c/o Cardholder Services, Po Box 3220, Buffalo, NY 14240 |
| 15497455 | | EDI: CRFRSTNA.COM | Apr 18 2023 03:35:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15268585 | + | EDI: CONVERGENT.COM | Apr 18 2023 03:35:00 | Citizens Bank, c/o Convergent Outsourcing, 800 Southwest 29th St., Po Box 9004, Renton, WA 98057-9004 |
| 15473362 | + | EDI: CCUSA.COM | Apr 18 2023 03:35:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15476956 | | EDI: DIRECTV.COM | Apr 18 2023 03:35:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15268586 | | Email/Text: bankruptcies@penncredit.com | Apr 17 2023 23:41:00 | Dr. George Cheponis, c/o Penn Credit Corporation, 916 South 14th St., Po Box 988, Harrisburg, PA 17108-0988 |
| 15516021 | + | Email/Text: jdryer@bernsteinlaw.com | Apr 17 2023 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15473365 | | EDI: CRFRSTNA.COM | Apr 18 2023 03:35:00 | Firestone, c/o Credit First, Po Box 81344, Cleveland, OH 44188-0344 |
| 15473367 | | EDI: CKSFINANCIAL.COM | Apr 18 2023 03:35:00 | Galaxy International Purchasing, c/o CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 15268590 | + | EDI: NHCLLC.COM | Apr 18 2023 03:34:00 | Heritage Valley Sewickley, c/o National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15268591 | | Email/Text: NCI_bankonotify@ncirm.com | Apr 17 2023 23:40:00 | Home Security of America, c/o Nationwide Credit, |

Case 20-22178-CMB    Doc 167    Filed 04/19/23    Entered 04/20/23 00:25:23    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 309B | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 14581, Des Moines, IA 50306-3581 |
| 15293081 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Apr 17 2023 23:41:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15430553 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2023 23:40:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15268599 | + | EDI: CCS.COM | Apr 18 2023 03:35:00 | PNC Bank, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15277896 | + | Email/Text: ebnpeoples@grblaw.com | Apr 17 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15483183 | | EDI: Q3G.COM | Apr 18 2023 03:35:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15473383 | | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 17 2023 23:41:00 | Quest Diagnostics, Po Box 740795, Cincinnati, OH 45274-0795 |
| 15268600 | + | EDI: CCS.COM | Apr 18 2023 03:35:00 | Quest Diagnostics, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15518771 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2023 23:40:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15268601 | | EDI: AISSPRINT | Apr 18 2023 03:35:00 | Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 15285099 | | EDI: AISSPRINT | Apr 18 2023 03:35:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15490435 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 17 2023 23:40:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15268603 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 17 2023 23:41:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15284899 | ^ | MEBN | Apr 17 2023 23:37:16 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15284862 | ^ | MEBN | Apr 17 2023 23:36:59 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15268604 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 17 2023 23:41:00 | UPMC Physicians Services, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15290425 | | EDI: AIS.COM | Apr 18 2023 03:35:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15268605 | ^ | MEBN | Apr 17 2023 23:36:34 | Verizon & US Asset Management, c/o Synergetic Communications Inc., 5450 Northwest Central, #220, Houston, TX 77092-2061 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERIHOME MORTGAGE COMPANY, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15473356 | *+ | All State, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15473357 | *+ | Amerihome Mortgage Company, c/o Peter Wapner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15473359 | * | Cenlar Loan Administration, c/o Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston, TX 77010-9050 |

Case 20-22178-CMB   Doc 167   Filed 04/19/23   Entered 04/20/23 00:25:23   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 309B | Total Noticed: 71 |

| | | |
|---|---|---|
| 15473360 | * | Chrystler Capital Corporation, PO Box 660335, Dallas, TX 75266-0335 |
| 15473361 | *+ | Citizens Bank, c/o Convergent Outsourcing, 800 Southwest 29th St., Po Box 9004, Renton, WA 98057-9004 |
| 15473363 | * | Dr. George Cheponis, c/o Penn Credit Corporation, 916 South 14th St., Po Box 988, Harrisburg, PA 17108-0988 |
| 15473364 | *+ | Dr. Gerald Goltz, MD, 701 Broad St, Suite 421, Sewickley, PA 15143-1670 |
| 15473368 | *+ | Greater Pittsburgh Pediatric Center, 1811 Blvd. of the Allies Suite 200, Pittsburgh, PA 15219-5964 |
| 15473369 | * | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15473371 | *+ | Heritage Valley Sewickley, c/o National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15473372 | * | Home Security of America, c/o Nationwide Credit, Po Box 14581, Des Moines, IA 50306-3581 |
| 15473374 | * | Ladani Medical Associates, LLC, 2409 Brownsville Rd., Pittsburgh, PA 15210-4503 |
| 15473375 | *+ | Lakeview Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 15473381 | *+ | PNC Bank, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15473377 | *+ | Pennsylvania Turnpike, c/o Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15473376 | * | Pennsylvania Turnpike, Po Box 1153, Milwaukee, WI 53201-1153 |
| 15473378 | *+ | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15473379 | * | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15473380 | * | Pittsburgh Parking Court, c/o Professional Account Management, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15473382 | *+ | Quest Diagnostics, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 15473384 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 15473385 | * | T-Mobile, c/o ERC Collection Agency, Po Box 23870, Jacksonville, FL 32241-3870 |
| 15473387 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15473388 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15473389 | *+ | UPMC Physicians Services, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15473391 | *+ | Verizon & US Asset Management, c/o Synergetic Communications Inc., 5450 Northwest Central, #220, Houston, TX 77092-2061 |

TOTAL: 2 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
                  on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo
                  on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com

Denise Carlon
                  on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Jeffrey J. Sikirica
                  TrusteeSikirica@gmail.com PA59@ecfcbis.com

Jerome B. Blank
                  on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jblank@pincuslaw.com

Kenneth Steidl
                  on behalf of Debtor Jason R. Stewart julie.steidl@steidl-steinberg.com
                  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Apr 17, 2023 | Form ID: 309B | Total Noticed: 71 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13