IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-22178 CMB |
| Jason R. Stewart, ) | |
|     Debtor ) | |
| ) | Chapter 13 |
| Jason R. Stewart, ) | |
|     Movant ) | Related to Docket No. 160 |
| ) | |
|     Vs. ) | |
| ) | |
| Chrysler Capital, Peoples Natural Gas, UPMC Physicians ) | |
| Services, UPMC Health Services, Sprint Corporation, ) | |
| Verizon, American Infosource, Right Path Servicing, ) | |
| DirectTV, Quantum3 Group, Bank of Missouri, Credit ) | |
| First, and Duquesne Light Co., and ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     Respondents ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 19, 2023, a true and correct copy of the *Order Converting Case to Chapter 7 and Setting Status Conference* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee


Date of Service: May 10, 2023        /s/ Kenneth Steidl
                                                                 Kenneth Steidl, Esquire
                                                                  Attorney for the Debtor
                                                                  STEIDL & STEINBERG
                                                                  2830 Gulf Tower - 707 Grant Street
                                                                  Pittsburgh, PA 15219
                                                                  (412) 391-8000 ken.steidl@steidl-steinberg.com
                                                                  PA I.D. No. 34965

```
Label Matrix for local noticing          AT&T Direct TV                           Acceptance Now
0315-2                                    c/o IC Systems Inc.                      3801 William Penn Highway
Case 20-22178-CMB                         444 Highway 96 East                      Monroeville, PA 15146-2127
WESTERN DISTRICT OF PENNSYLVANIA          Po Box 64378
Pittsburgh                                Saint Paul, MN 55164-0378
Wed Jul 27 12:25:19 EDT 2022

All State                                 Amerihome Mortgage Company               Jerome B. Blank
c/o Credit Collection Services            c/o Peter Wapner, Esq.                   Phelan Hallinan Diamond & Jones, LLP
725 Canton St.                            Phelan, Hallinan, Diamond & Jones        1617 JFK Boulevard
Norwood, MA 02062-2679                    1617 JFK Boulevard, Suite 1400           Philadelphia, PA 19103-1821
                                          Philadelphia, PA 19103-1814

CHRYSLER CAPITAL                          CREDIT FIRST NA                          Natalie Lutz Cardiello
P.O. BOX 961275                           PO BOX 818011                            107 Huron Drive
FORT WORTH, TX 76161-0275                 CLEVELAND,OHIO 44181-8011                Carnegie, PA 15106-1826


Denise Carlon                             Cenlar Loan Administration               Chrystler Capital Corporation
KML Law Group, P.C.                       c/o Customer Assistance Group            PO Box 660335
701 Market Street                         1301 McKinney St.                        Dallas, TX 75266-0335
Suite 5000                                Suite 3450
Philadelphia, PA 19106-1541               Houston, TX 77010-9050

Citizens Bank                             Credit Collections USA                   Directv, LLC
c/o Convergent Outsourcing                16 Distributor Drive                     by American InfoSource as agent
800 Southwest 29th St.                    Suite 1                                  PO Box 5072
Po Box 9004                               Morgantown, WV 26501-7209                Carol Stream, IL  60197-5072
Renton, WA 98057-9004

Dr. George Cheponis                       Dr. Gerald Goltz, MD                     Duquesne Light Company
c/o Penn Credit Corporation               701 Broad St                             c/o Bernstein-Burkley, P.C.
916 South 14th St.                        Suite 421                                707 Grant Street, Suite 2200, Gulf Tower
Po Box 988                                Sewickley, PA 15143-1670                 Pittsburgh, PA 15219-1945
Harrisburg, PA 17108-0988

Keri P. Ebeck                             Firestone                                Fortiva
Bernstein-Burkley                         c/o Credit First                         Po Box 650721
601 Grant Street, 9th Floor               Po Box 81344                             Dallas, TX 75265-0721
Pittsburgh, PA 15219-4430                 Cleveland, OH 44188-0344


Galaxy International Purchasing           Greater Pittsburgh Pediatric Center      Mario J. Hanyon
c/o CKS Financial                         1811 Blvd. of the Allies Suite 200       Brock & Scott, PLLC
Po Box 2856                               Pittsburgh, PA 15219-5964                302 Fellowship Road
Chesapeake, VA 23327-2856                                                          Suite 130
                                                                                   Mount Laurel, NJ 08054-1218

Heritage Valley Health System             Heritage Valley Health System            Heritage Valley Sewickley
25 Heckel Rd.                             720 Blackburn Road                       c/o National Hospital Collections
Mc Kees Rocks, PA 15136-1651              Sewickley, PA 15143-1498                 16 Distributor Drive
                                                                                   Suite 2
                                                                                   Morgantown, WV 26501-7209

Home Security of America                  Kina R. Garland                          Kina R. Garland
c/o Nationwide Credit                     80 McKinnie Avenue                       80 McKinnie Avenue
Po Box 14581                              Mc Kees Rocks, PA 15136-3174             McKees Rocks, PA 15136-3174
Des Moines, IA 50306-3581
```

| | | |
|---|---|---|
| LAKEVIEW LOAN SERVICING, LLC<br>FLAGSTAR BANK F.S.B.<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639 | Ladani Medical Associates, LLC<br>2409 Brownsville Rd.<br>Pittsburgh, PA 15210-4503 | Lakeview Loan Servicing<br>425 Phillips Blvd.<br>Trenton, NJ 08618-1430 |
| Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146-1837 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania Turnpike<br>Po Box 1153<br>Milwaukee, WI 53201-1153 | Pennsylvania Turnpike<br>c/o Professional Account Management LLC<br>PO Box 1153<br>Milwaukee, WI 53201-1153 |
| Pennsylvania Turnpike Commission<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 | Peoples Gas Company<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Pittsburgh Parking Court<br>c/o Professional Account Management<br>PO Box 640<br>Pittsburgh, PA 15230-0640 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quest Diagnostics<br>Po Box 740795<br>Cincinnati, OH 45274-0795 |
| Quest Diagnostics<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 | Kevin Shaner<br>EXP Realty, LLC<br>1653 McFarland Road<br>Pittsburgh, PA 15216-1810 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Jason R. Stewart<br>120 Hart Dr<br>Pittsburgh, PA 15235-5424 | T-Mobile<br>c/o ERC Collection Agency<br>Po Box 23870<br>Jacksonville, FL 32241-3870 |
| The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Tri-State Orthopaedics & Sports Med<br>5900 Corporate Drive Suite 200<br>Pittsburgh, PA 15237-7009 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Physicians Services<br>c/o Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |

| | | |
|---|---|---|
| Verizon<br>Po Box 16801<br>Newark, NJ 07101-6801 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon & US Asset Management<br>c/o Synergetic Communications Inc.<br>5450 Northwest Central<br>#220<br>Houston, TX 77092-2061 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | WDR of Allenwood<br>5972 Susquehanna Trail<br>Turbotville, PA 17772-8555 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Zales<br>c/o Comenity Bank<br>Po Box 650971<br>Dallas, TX 75265-0971 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>P. O. Box 219718<br>Kansas City, MO 64121-9718 | (d)Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Verve<br>c/o Cardholder Services<br>Po Box 3220<br>Buffalo, NY 14240 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMERIHOME MORTGAGE COMPANY, LLC | (u)LAKEVIEW LOAN SERVICING, LLC | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |

End of Label Matrix
Mailable recipients    67
Bypassed recipients     3
Total                  70