| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Jason R. Stewart | Social Security number or ITIN   xxx–xx–7913 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–22178–CMB | | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason R. Stewart

8/9/23

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 20-22178-CMB

Jason R. Stewart                                                                          Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: 318 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason R. Stewart, 7140 McPherson Blvd, Pittsburgh, PA 15208-2427 |
| r | + | Kendall Thomas, Coldwell Banker Realty, 3865 Reed Blvd., Murrysville, PA 15668-1875 |
| r | + | Kevin Shaner, EXP Realty, LLC, 1653 McFarland Road, Pittsburgh, PA 15216-1810 |
| 15473355 | | Acceptance Now, 3801 William Penn Highway, Monroeville, PA 15146-2127 |
| 15268582 | + | Amerihome Mortgage Company, c/o Peter Wapner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15268583 | | Cenlar Loan Administration, c/o Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston, TX 77010-9050 |
| 15268587 | + | Dr. Gerald Goltz, MD, 701 Broad St, Suite 421, Sewickley, PA 15143-1670 |
| 15268588 | + | Greater Pittsburgh Pediatric Center, 1811 Blvd. of the Allies Suite 200, Pittsburgh, PA 15219-5964 |
| 15473370 | + | Heritage Valley Health System, 25 Heckel Rd., Mc Kees Rocks, PA 15136-1651 |
| 15268589 | | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15268590 | + | Heritage Valley Sewickley, c/o National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15473373 | + | Kina R. Garland, 80 McKinnie Avenue, Mc Kees Rocks, PA 15136-3174 |
| 15304116 | + | Kina R. Garland, 80 McKinnie Avenue, McKees Rocks, PA 15136-3174 |
| 15268592 | | Ladani Medical Associates, LLC, 2409 Brownsville Rd., Pittsburgh, PA 15210-4503 |
| 15268593 | + | Lakeview Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 15268594 | | Pennsylvania Turnpike, Po Box 1153, Milwaukee, WI 53201-1153 |
| 15268595 | + | Pennsylvania Turnpike, c/o Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15268596 | + | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15268598 | | Pittsburgh Parking Court, c/o Professional Account Management, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15268602 | | T-Mobile, c/o ERC Collection Agency, Po Box 23870, Jacksonville, FL 32241-3870 |
| 15473386 | + | Tri-State Orthopaedics & Sports Med, 5900 Corporate Drive Suite 200, Pittsburgh, PA 15237-7009 |
| 15473390 | | Verizon, Po Box 16801, Newark, NJ 07101-6801 |
| 15473393 | + | WDR of Allenwood, 5972 Susquehanna Trail, Turbotville, PA 17772-8555 |
| 15473394 | | Zales, c/o Comenity Bank, Po Box 650971, Dallas, TX 75265-0971 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 10 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 10 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2023 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| District/off: 0315-2 | | User: auto | | Page 2 of 5 |
| Date Rcvd: Aug 09, 2023 | | Form ID: 318 | | Total Noticed: 61 |

17128-0946

| cr | + Email/Text: kburkley@bernsteinlaw.com | Aug 09 2023 23:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15473358 | EDI: LCIICSYSTEM | Aug 10 2023 03:23:00 | AT&T Direct TV, c/o IC Systems Inc., 444 Highway 96 East, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15268581 | + EDI: CCS.COM | Aug 10 2023 03:23:00 | All State, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2609 |
| 15270708 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 09 2023 23:30:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15473392 | Email/Text: cfcbackoffice@contfinco.com | Aug 09 2023 23:30:00 | Verve, c/o Cardholder Services, Po Box 3220, Buffalo, NY 14240 |
| 15497455 | EDI: CRFRSTNA.COM | Aug 10 2023 03:23:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15268584 | Email/Text: enotifications@santanderconsumerusa.com | Aug 09 2023 23:30:00 | Chrystler Capital Corporation, PO Box 660335, Dallas, TX 75266-0335 |
| 15268585 | + EDI: CONVERGENT.COM | Aug 10 2023 03:23:00 | Citizens Bank, c/o Convergent Outsourcing, 800 Southwest 29th St., Po Box 9004, Renton, WA 98057-9004 |
| 15473362 | + EDI: CCUSA.COM | Aug 10 2023 03:23:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15476956 | EDI: DIRECTV.COM | Aug 10 2023 03:23:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15268586 | Email/Text: bankruptcies@penncredit.com | Aug 09 2023 23:30:00 | Dr. George Cheponis, c/o Penn Credit Corporation, 916 South 14th St., Po Box 988, Harrisburg, PA 17108-0988 |
| 15516021 | + Email/Text: jdryer@bernsteinlaw.com | Aug 09 2023 23:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15473365 | EDI: CRFRSTNA.COM | Aug 10 2023 03:23:00 | Firestone, c/o Credit First, Po Box 81344, Cleveland, OH 44188-0344 |
| 15473366 | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 09 2023 23:30:00 | Fortiva, Po Box 650721, Dallas, TX 75265-0721 |
| 15473367 | EDI: CKSFINANCIAL.COM | Aug 10 2023 03:23:00 | Galaxy International Purchasing, c/o CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 15268591 | Email/Text: NCI_bankonotify@ncirm.com | Aug 09 2023 23:30:00 | Home Security of America, c/o Nationwide Credit, Po Box 14581, Des Moines, IA 50306-3581 |
| 15293081 | + Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 09 2023 23:30:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15593997 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2023 23:37:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15430553 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 23:30:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15268599 | + EDI: CCS.COM | Aug 10 2023 03:23:00 | PNC Bank, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2609 |
| 15268597 | ^ MEBN | Aug 09 2023 23:22:48 | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15277896 | + Email/Text: ebnpeoples@grblaw.com | Aug 09 2023 23:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15483183 | EDI: Q3G.COM | | |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Aug 09, 2023 | Form ID: 318 | Total Noticed: 61

| | | | | |
|---|---|---|---|---|
| | | | Aug 10 2023 03:23:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15473383 | | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 09 2023 23:31:00 | Quest Diagnostics, Po Box 740795, Cincinnati, OH 45274-0795 |
| 15268600 | + | EDI: CCS.COM | Aug 10 2023 03:23:00 | Quest Diagnostics, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2609 |
| 15518771 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 23:30:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15268601 | | EDI: AISSPRINT | Aug 10 2023 03:23:00 | Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 15285099 | | EDI: AISSPRINT | Aug 10 2023 03:23:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15490435 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 09 2023 23:30:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15268603 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 09 2023 23:31:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15284899 | | Email/Text: BNCnotices@dcmservices.com | Aug 09 2023 23:30:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15284862 | | Email/Text: BNCnotices@dcmservices.com | Aug 09 2023 23:30:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15268604 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 09 2023 23:30:00 | UPMC Physicians Services, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15290425 | | EDI: AIS.COM | Aug 10 2023 03:23:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15268605 | ^ | MEBN | Aug 09 2023 23:22:42 | Verizon & US Asset Management, c/o Synergetic Communications Inc., 5450 Northwest Central, #220, Houston, TX 77092-2061 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERIHOME MORTGAGE COMPANY, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15473356 | *+ | All State, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2609 |
| 15473357 | *+ | Amerihome Mortgage Company, c/o Peter Wapner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 15473359 | * | Cenlar Loan Administration, c/o Customer Assistance Group, 1301 McKinney St., Suite 3450, Houston, TX 77010-9050 |
| 15473360 | * | Chrystler Capital Corporation, PO Box 660335, Dallas, TX 75266-0335 |
| 15473361 | *+ | Citizens Bank, c/o Convergent Outsourcing, 800 Southwest 29th St., Po Box 9004, Renton, WA 98057-9004 |
| 15473363 | * | Dr. George Cheponis, c/o Penn Credit Corporation, 916 South 14th St., Po Box 988, Harrisburg, PA 17108-0988 |
| 15473364 | *+ | Dr. Gerald Goltz, MD, 701 Broad St, Suite 421, Sewickley, PA 15143-1670 |
| 15473368 | *+ | Greater Pittsburgh Pediatric Center, 1811 Blvd. of the Allies Suite 200, Pittsburgh, PA 15219-5964 |
| 15473369 | * | Heritage Valley Health System, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15473371 | *+ | Heritage Valley Sewickley, c/o National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15473372 | * | Home Security of America, c/o Nationwide Credit, Po Box 14581, Des Moines, IA 50306-3581 |
| 15473374 | * | Ladani Medical Associates, LLC, 2409 Brownsville Rd., Pittsburgh, PA 15210-4503 |
| 15473375 | *+ | Lakeview Loan Servicing, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 15473381 | *+ | PNC Bank, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2609 |
| 15473377 | *+ | Pennsylvania Turnpike, c/o Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15473376 | * | Pennsylvania Turnpike, Po Box 1153, Milwaukee, WI 53201-1153 |
| 15473378 | *+ | Pennsylvania Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |

District/off: 0315-2                                       User: auto                                       Page 4 of 5
Date Rcvd: Aug 09, 2023                                 Form ID: 318                                  Total Noticed: 61

| 15473379 | * | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15473380 | * | Pittsburgh Parking Court, c/o Professional Account Management, PO Box 640, Pittsburgh, PA 15230-0640 |
| 15473382 | *+ | Quest Diagnostics, c/o Credit Collection Services, 725 Canton St., Norwood, MA 02062-2609 |
| 15473384 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court; Sprint, P. O. Box 219718, Kansas City, MO 64121-9718 |
| 15473385 | * | T-Mobile, c/o ERC Collection Agency, Po Box 23870, Jacksonville, FL 32241-3870 |
| 15473387 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15473388 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15473389 | *+ | UPMC Physicians Services, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15473391 | *+ | Verizon & US Asset Management, c/o Synergetic Communications Inc., 5450 Northwest Central, #220, Houston, TX 77092-2061 |

TOTAL: 2 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jerome B. Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor Jason R. Stewart julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 12